IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOSE ORTIZ RODRIGUEZ,

    Plaintiff,

v.   CASE NO. 1:10-cv-00143-MP -GRJ

FLORIDA DEPARTMENT OF CORRECTIONS, KATHLEEN L FURHAM,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 14, Report and Recommendation of the Magistrate Judge, which recommends that plaintiff's complaint, Doc. 1, be dismissed without prejudice for failure to comply with court orders and failure to prosecute. Plaintiff has not objected to the recommendation, and the time for doing so has passed. Finding no plain error, it is accordingly

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge, Doc. 14, is ADOPTED and incorporated herein.

    2.    Plaintiff's complaint, Doc. 1, is DISMISSED without prejudice.

    **DONE AND ORDERED** this  26th  day of April, 2011

                      *s/Maurice M. Paul*
                Maurice M. Paul, Senior District Judge